IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

VOLTAGE PICTURES, LLC., a California
limited liability company, and
DALLAS BUYERS CLUB, LLC, a Texas
limited liability company,

    Plaintiffs,

      No.   3:15-cv-00002-AC

 v.

      ORDER

JOHNNY MARTINEZ,

    Defendant.

HERNÁNDEZ, District Judge:

  Magistrate Judge Acosta issued a Findings and Recommendation [30] on July 2, 2015, in which he recommends that this Court grant Plaintiffs' Motion for Default Judgment [23]. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

  Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*.  United States v.

1 – ORDER

Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings & Recommendation [30], and therefore, Plaintiffs' Motion for Default Judgment [23] is granted. A judgment will be entered against Defendant, permanently enjoining him from infringing upon Plaintiffs' rights in their motion pictures and awarding statutory damages in the amount of $750. See 17 U.S.C. § 504 (c)(1).

Plaintiffs shall prepare a proposed judgment and submit it via email to my courtroom deputy, Michelle Rawson, within 7 days of the date below.

IT IS SO ORDERED.

DATED this \_\_\_\_11\_\_\_\_ day of \_\_\_\_August\_\_\_\_, 2015.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER