IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

VOLTAGE PICTURES, LLC,
a California Limited Liability Company,
and DALLAS BUYERS CLUB, LLC,
a Texas Limited Liability Company,

        Plaintiffs,

v.

JOHNNY MARTINEZ,

        Defendant.

No.  3:15-cv-00002-AC

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Acosta issued a Findings and Recommendation [44] on January 4, 2016, in which he recommends that this Court grant Plaintiffs' Motion for Attorney's Fees [39] and grant in part Plaintiffs' Bill of Costs [41]. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt,

1 – ORDER

840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings & Recommendation [44]. Therefore, for the reasons stated in the record, the Court grants Plaintiffs' Motion for Attorney Fees [39] and grants Plaintiffs' Bill of Costs [41] with the exception of the $450.00 requested for electronic records. Plaintiff is awarded attorney's fees in the amount of $3,962.40 and costs in the amount of $582.00.

IT IS SO ORDERED.

DATED this __31__ day of __January__, 2016.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER